# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| GORDON TOTH, | CV 12-02217 TJH (DTBx) |
| Plaintiff, | |
| v. | |
| BARSTOW UNIFIED SCHOOL DISTRICT, | Judgment |
| Defendant. | |

It is Ordered, Adjudged and Decreed that Judgment be, and hereby is, **Entered** in favor of Plaintiff and against Defendant.

It is further Ordered, Adjudged and Decreed that Defendant shall pay to Plaintiff $194,048.00.

Date:   December 8, 2014

_____
Terry J. Hatter, Jr.
Senior United States District Judge